

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-16-00773-CV

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Jennifer L. **ZUNIGA** and Janet Northrup as Trustee for the Bankruptcy Estate of Christopher J. Medina,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11445
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

After we granted Appellee's first motion for extension of time to file the brief, Appellee's brief was due on April 26, 2017. *See* TEX. R. APP. P. 38.6(b), (d). On the once-extended due date, Appellee Jennifer L. Zuniga filed a second motion for extension of time to file the brief; she requested an extension until May 5, 2017, for a total extension of thirty-nine days. *See id.* R. 10.5(b).

Appellee's motion is GRANTED. Appellee's brief is due on May 5, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court